**WINDHAM COUNTY, SEPTEMBER TERM, A. D. 1792.**

BACON v. CHILDS ET AL., SELECTMEN OF THE TOWN OF WOODSTOCK.

*A decree in chancery must find the facts directly and positively.*

ERROR to reverse a judgment of the County Court, on a petition of said selectmen against said Bacon; showing that his mother, Sarah Bacon, had become poor and impotent; that they had expended £15 in her support, and that she was likely to be further chargeable to said town; and that said Ephraim Bacon was of ability to pay said £15 and to provide for the future support of his said mother — praying that he might be compelled to pay said £15 and provide for her future support.

Upon which petition the County Court passed the following judgment.— This court having heard the evidence, etc. and considered thereof do find the facts in said petition so well proved, that it is decreed and ordered that said Ephraim pay said £15 and provide for the support of his said mother.

Error assigned — That the court had not found the issue nor any facts whatever, whereon to found a decree or judgment.

Judgment — Manifest error for the reason assigned in error.